# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1840
_____

GLENWOOD HARRISON,

    Petitioner,

    v.

MATTHEW WALSH, Interim Clay
County Sheriff,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 3, 2020


PER CURIAM.

The appendix filed in response to this court's June 22, 2020, show-cause order indicates that the petitioner pleaded no contest to a misdemeanor charge, was adjudicated, and received a time-served county jail sentence. Because the petitioner no longer is in custody on the charge that gave rise to his habeas petition, we dismiss it as moot.

DISMISSED.

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Cofer, Public Defender, and Andy Rippeon, Assistant Public Defender, Green Cove Springs, for Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.